## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY A. KOHLER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   21-cv-1359 JPG |
| ) | |
| CRST EXPEDITED, INC. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 123) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  The motion indicates the plaintiff have agreed to dismissal, and the Court informally confirmed with the parties that the dismissal includes claims against defendant Bill Lard.  Accordingly, the Court hereby **GRANTS** the motion to dismiss **with prejudice** and **without costs** and **DIRECTS** the Clerk of Court to close this case.

DATED: 8/4/2023

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE